

# Court of Appeal, First Circuit
State of Louisiana
www.la-fcca.org

**Rodd Naquin**
**Clerk of Court**

**Post Office Box 4408**
**Baton Rouge, LA**
**70821-4408**
**(225) 382-3000**

## Notice of Judgment and Disposition

May 20, 2022

Docket Number: 2022 - CW - 0010

Murphy Webb
    versus
Acadian Ambulance Service, Inc., and its insurer, TUV
Insurance Company, Our Lady of the Lake Hospital, Inc., and
its insurer, XYZ Insurance Company

TO:
Alexa Candelora
P.O. Box 3197
Baton Rouge, LA
70821-3197

Tiffany Myles Crosby
23445 Railroad Avenue
Plaquemine, La 70764

Thomas R. Temple Jr.
BREAZEALE, SACHSE & W
P.O. Box 3197
Baton Rouge, LA 70821
trt@bswllp.com

Patricia Penny Wattigny
328 Settlers Trace Blvd
Lafayette, LA 70508

Jason E. Wilson
328 Settlers Trace Blvd.
Lafayette, LA 70508

Hon. Ronald R. Johnson
300 North Boulevard
Suite 6401
Baton Rouge, LA 70801

In accordance with Local Rule 6 of the Court of Appeal, First Circuit, I hereby certify that this notice of judgment and disposition and the attached disposition were transmitted this date to the trial judge or equivalent, all counsel of record, and all parties not represented by counsel.

RODD NAQUIN
CLERK OF COURT

# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

MURPHY WEBB

VERSUS

ACADIAN AMBULANCE SERVICE,
INC., AND ITS INSURER, TUV
INSURANCE COMPANY, OUR LADY
OF THE LAKE HOSPITAL, INC.,
AND ITS INSURER, XYZ
INSURANCE COMPANY STATE OF
LOUISIANA

NO.  2022 CW 0010

MAY 20, 2022

---

In Re:   Our Lady of the Lake Hospital, Inc., applying for
         supervisory writs, 19th Judicial District Court,
         Parish of East Baton Rouge, No. 700012.

---

**BEFORE:   McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT  GRANTED.**   The Louisiana Medical Malpractice Act's definition of medical malpractice includes claims related to "the handling of a patient, including loading and unloading of a patient." La. R.S. 40:1231.1A(13). The claims of the plaintiff, Murphy Webb, of being injured by the personnel of the defendant, Our Lady of the Lake Hospital, Inc., while restraining him in order to transfer him from one medical facility to another sound in medical malpractice and must be presented to a medical review panel before suit is filed. See La. R.S. 40:1231.8A(1)(a). The district court erred in denying the exception of prematurity filed by the defendants. Therefore, we reverse the district court's January 27, 2022 judgment and grant the exception. Plaintiff's claims against Our Lady of the Lake Hospital, Inc. are dismissed without prejudice.

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
   FOR THE COURT